UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-81136-CIV-COHN/SELTZER

NICOLE ABAYA N/K/A NICOLE DAVIDSON, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC., A TEXAS CORPORATION,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Nicole Abaya n/k/a Nicole Davidson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice.

Date:   January 18, 2013

Respectfully submitted,

/s/ Michael L. Greenwald

Michael L. Greenwald
**GREENWALD DAVIDSON PLLC**
Fla. Bar No. 0761761
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@mgjdlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on January 18, 2013, via email and facsimile, on Defendant:

>Jeff Wood
>Associate General Counsel
>Commercial Recovery Systems, Inc.
>8035 East RL Thornton Freeway #220
>Dallas, TX 75228
>Telephone: 214.321.7824
>Fax: 214.319.9673
>jwood@crsresults.com

>*/s/ Michael L. Greenwald*
>**MICHAEL L. GREENWALD**
>Florida Bar No. 761761