UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81136-CIV-COHN/SELTZER

NICOLE ABAYA n/k/a NICOLE
DAVIDSON, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

COMMERCIAL RECOVERY
SYSTEMS, INC.,

    Defendant.
                                          /

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 9], and having reviewed the Notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED without prejudice**. All pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of January, 2013.

*(signature)*
JAMES I. COHN
United States District Judge

Copies to:
Counsel of record via CM/ECF.